# IN THE SUPREME COURT OF THE STATE OF DELAWARE

RODOLFO ENRIQUE JIMÉNEZ, § 
ASDRÚBAL CHAVEZ, IRIS § 
MEDINA, MARCOS ROJAS, JOSÉ §     No. 399, 2019
ALEJANDRO ROJAS, and § 
FERNANDO DE QUINTAL, §     Court Below – Court of Chancery
                        §     of the State of Delaware
    Plaintiffs/Counterclaim § 
    Defendants Below/ § 
    Appellants, §     C.A. No. 2019-0490
                        § 
          v. § 
                        § 
LUISA PALACIOS, EDGAR § 
RINCÓN, FERNANDO VERA, § 
ELIO TORTOLERO, ANDRÉS § 
PADILLA, ÁNGEL OLMETA, § 
JAVIER TROCONIS, LUIS § 
URDANETA, and RICK ESSER, § 
                        § 
    Defendants/Counterclaim § 
    Plaintiffs Below/ § 
    Appellees. § 

Submitted: July 8, 2020
Decided:   July 22, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **MONTGOMERY-REEVES**, Justices.

## ORDER

This 22nd day of July 2020, after careful consideration of the parties' briefs and the record on appeal, and following oral argument, we find it evident that the

final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its August 12, 2019 opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice